DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**NICOLE A. MCINTOSH,**
Appellant,

v.

**INTERNATIONAL LOCATE & ASSET,**
Appellee.

No. 4D21-433

[March 25, 2021]

Appeal from the County Court for the Seventeenth Judicial Circuit, Broward County; Natasha DePrimo, Judge; L.T. Case Nos. COWE07-023875 (82) and CACE20-16867 (AP).

Quoc Van, Sanford, for appellant.

Hugh Shafritz and Aaron F. Miller of Shafritz and Associates, P.A., Delray Beach, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, MAY and DAMOORGIAN, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***